OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
**Northern District of Oklahoma**
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Phil Lombardi
Clerk of Court

Telephone (918) 699-4700
Fax (918) 699-4756

November 13, 2001

Clerk, James Redden, Clerk
US District Court of Oregon
310 W Sixth St, Room 201
Medford, Oregon 97501

IN RE:   Case No.: 97-CR-5-BU
         Your Case No.: 01-CR-30094-HO
         U.S.A. v James Dodson Viefhaus, Jr.

Dear Clerk,

Pursuant to the Transfer of Jurisdiction of Probation filed 10/4/01, enclosed please find certified copies of the Superseding Indictment and Judgment as relates to the **Transfer of Jurisdiction of Probation** in the above styled case.

Please acknowledge receipt of same on the attached copy of this letter and return to our office in the self addressed envelope enclosed herein.

Very truly yours,

Phil Lombardi, Clerk of Court

C. PORTILLOZ

By: C. Portilloz, Deputy Clerk

cc: U.S. Probation Office

CR-12 (8/01)